BROCK AND SCOTT HOLDINGS, INC. v. KIM D. WEST

No. 352PA09

(Filed 17 June 2010)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 198 N.C. App. ——, 679 S.E.2d 507 (2009), dismissing plaintiff's appeal from a judgment and order entered on 3 June 2008 by Judge James H. Faison, III in District Court, Pender County. Heard in the Supreme Court 11 May 2010.

*Richard P. Cook, and Brock & Scott, PLLC, by Richard L. Jackson, for plaintiff-appellant.*

*No brief for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

**IN RE J.A.G.**

[364 N.C. 236 (2010)]

IN THE MATTER OF:               )
                                )    ORDER
J.A.G.                          )

No. 69P10

The Court allows the State's petition for discretionary review for the limited purpose of remanding to the Court of Appeals for reconsideration in light of our decision in *In re D.S.*, No. 273PA09 (June 17, 2010).

By Order of the Court in Conference, this 16th day of June, 2010.

For the Court
Hudson, J.

**STATE v. SMITH**

[364 N.C. 237 (2010)]

STATE OF NORTH CAROLINA )
)
v. )      ORDER
)
DAMIEN SMITH )

No. 58P10

The Court allows the State's petition for discretionary review for the limited purpose of remanding to the Court of Appeals for reconsideration in light of our decision in *In re D.S.*, No. 273PA09 (June 17, 2010).

By Order of the Court in Conference, this 16th day of June, 2010.

For the Court
Hudson, J.

## UNDERWOOD v. UNDERWOOD

[364 N.C. 238 (2010)]

| | | |
|---|---|---|
| WILLIAM L. UNDERWOOD | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TERESA W. UNDERWOOD | ) | |

* * * * * * * * * * * * * * * *

No. 447P09

We treat this petition as a Petition for Writ of Certiorari, and allow for the limited purpose of remanding to the Court of Appeals for reconsideration in light of *Walters v. Walters*, 307 N.C. 381, 298 S.E.2d 338 (1983).

By order of this Court in Conference, this 16th day of June, 2010.

For the Court
Hudson, J.

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Berardi v. Craven Cty. School Dist.<br><br>Case below:<br>202 N.C. App. ——<br>(2 February 2010) | No. 213P09-2 | Defs' PDR Under N.C.G.S. § 7A-31 COA09-702) | Denied 06/16/10 |
| Boryla-Lett v. Psychiatric Solutions of N.C., Inc.<br><br>Case below:<br>200 N.C. App. ——<br>(3 November 2009) | No. 002P10 | Plts' PDR Under N.C.G.S. § 7A-31 (COA08-1357) | Denied 06/16/10 |
| Brown Bros. Harriman Trust Co. N.A. v. Benson<br><br>Case below:<br>202 N.C. App. ——<br>(2 February 2010) | No. 186P09-2 | 1. Defs' (John H. Benson and Linley C. Benson) NOA Based Upon a Constitutional Question (COA09-474)<br><br>2. Defs' PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *Ex Mero Motu* 06/16/10<br><br>2. Denied 06/16/10 |
| Dixon v. Sears Roebuck & Co.<br><br>Case below:<br>203 N.C. App. ——<br>(4 May 2010) | No. 241P10 | 1. Defs' Motion for Temporary Stay (COA09-716)<br><br>2. Defs' Petition for Writ of Supersedeas<br><br>3. Defs' PDR Under N.C.G.S. § 7A-31 | 1. Denied 06/16/10<br><br>2. Denied 06/16/10<br><br>3. Denied 06/16/10 |
| Edwards v. GE Lighting Sys., Inc.<br><br>Case below:<br>200 N.C. App. ——<br>(3 November 2009) | No. 500P09 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA09-247)<br><br>2. Def's (GE) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 06/16/10<br><br>2. Dismissed as Moot 06/16/10 |
| Gray v. Bryant<br><br>Case below:<br>203 N.C. App. ——<br>(6 April 2010) | No. 183P10 | 1. Plt's NOA (COA09-749)<br><br>2. Plt's PDR | 1. Dismissed *Ex Mero Motu* 06/16/10<br><br>2. Denied 06/16/10 |
| Harbour Point Homeowners' Ass'n v. DJF Enters., Inc.<br><br>Case below:<br>201 N.C. App. ——<br>(5 January 2010) | No. 061P10 | 1. Def's (Georgia-Pacific Corp) PDR Under N.C.G.S. § 7A-31 (COA09-527)<br><br>2. Plts' Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 06/16/10<br><br>2. Dismissed as Moot 06/16/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| Hodges v. Hodges<br><br>Case below:<br>363 N.C. 802<br>200 N.C. App. ——<br>(3 November 2009) | No. 501A09 | 1. Def's Motion to Vacate Order Dismissing NOA (COA09-128)<br><br>2. Def's Motion for Reconsideration Pursuant to Rule 37(b)<br><br>3. Def's Motion for New Trial Pursuant to Appellate Rule 2<br><br>4. Def's Motion for Temporary Stay<br><br>5. Def's Petition for Writ of Supersedeas | 1. Dismissed 05/11/10<br><br>2. Dismissed 05/11/10<br><br>3. Dismissed 05/11/10<br><br>4. Denied 05/11/10<br><br>5. Denied 05/11/10 |
|---|---|---|---|
| In re A.M<br><br>Case below:<br>202 N.C. App. ——<br>(16 February 2010) | No. 128P10 | Respondent's (Mother) PDR Under N.C.G.S. § 7A-31 (COA09-1169) | Denied 06/16/10 |
| In re Appeal of Small<br>(State v. Halley)<br><br>Case below:<br>201 N.C. App. ——<br>(8 December 2009) | No. 049P10 | 1. Respondent's (Benjamin Small) NOA Based Upon a Constitutional Question (COA09-485)<br><br>2. Respondent's (Benjamin Small) PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied 06/16/10<br><br>3. Allowed 06/16/10 |
| In re C.S., D.J., M.W., A.W., & M.J.<br><br>Case below:<br>203 N.C. App.——<br>(4 May 2010) | No. 212P10 | 1. Petitioner's PDR Under N.C.G.S. § 7A-31 (COA09-1560)<br><br>2. Respondent's (Father) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 06/16/10<br><br>2. Dismissed as Moot 06/16/10 |
| In re H.R.S.<br><br>Case below:<br>202 N.C. App. ——<br>(2 February 2010) | No. 093P10 | Respondent's (Mother) PDR Under N.C.G.S. § 7A-31 (COA09-1201) | Denied 06/16/10 |
| In re J.A.G.<br><br>Case below:<br>202 N.C. App. ——<br>(2 February 2010) | No. 069P10 | 1. State's Motion for Temporary Stay (COA09-462)<br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed 02/22/10 363 N.C. 854 Stay Dissolved 06/16/10<br><br>2. Denied 06/16/10<br><br>3. See Special Order Page 236 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| In re M.L.T.H.<br><br>Case below:<br>200 N.C. App. ——<br>(3 November 2009) | No. 497P09 | 1. Appellant's (State of NC) Motion for Temporary Stay (COA08-1569)<br><br>2. Appellant's (State of NC) Petition for Writ of Supersedeas<br><br>3. Appellant's (State of NC) PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>12/08/09<br>363 N.C. 744<br><br>2. Allowed<br>06/16/10<br><br>3. Allowed<br>06/16/10 |
| In re M.M.<br><br>Case below:<br>200 N.C. App. ——<br>(6 October 2009) | No. 460P09 | Respondent's (Father) PDR Under N.C.G.S. § 7A-31 (COA09-610) | Denied<br>06/16/10 |
| In re M.W. & J.W.<br><br>Case below:<br>201 N.C. App. ——<br>(22 December 2009) | No. 043P10 | Respondent's (Mother) PDR Under N.C.G.S. § 7A-31 (COA09-1009) | Denied<br>06/16/10 |
| In re M.X.<br><br>Case below:<br>200 N.C. App. ——<br>(3 November 2009) | No. 527P09-3 | 1. Respondent Mother's PWC to Review Decision of COA (COA09-514)<br><br>2. Respondent Mother's Motion to Suspend the Rules of Appellate Procedure<br><br>3. Respondent Mother's Motion to Recuse Justice Robin E. Hudson | 1. Dismissed<br>06/16/10<br><br>2. Denied<br>06/16/10<br><br>3. Dismissed<br>06/16/10 |
| In re Webber<br><br>Case below:<br>201 N.C. App. ——<br>(8 December 2009) | No. 101P10 | Respondent's PWC to Review Decision of COA (COA08-1488) | Denied<br>06/16/10 |
| Land v. Land<br><br>Case below:<br>201 N.C. App. ——<br>(5 January 2010) | No. 062P10 | Defs' PDR Under N.C.G.S. § 7A-31 (COA09-464) | Denied<br>06/16/10 |
| McCracken and Amick, Inc. v. Perdue<br><br>Case below:<br>201 N.C. App. ——<br>(22 December 2009) | No. 037P10 | Plts' PDR Under N.C.G.S. § 7A-31 (COA09-431) | Denied<br>06/16/10 |
| McKyer v. McKyer<br><br>Case below:<br>202 N.C. App. ——<br>(2 March 2010) | No. 142P10 | Plt's PDR Under N.C.G.S. § 7A-31 (COA09-695) | Denied<br>06/16/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Moss Creek Homeowners Ass'n. v. Bissette<br><br>Case below:<br>202 N.C. App. ——<br>(2 February 2010) | No. 107P10 | 1. Defs' and Third-Party Plts' (Ted and Mary Bissette) PDR Under N.C.G.S. § 7A-31 (COA08-1156-2)<br><br>2. Plts' and Third-Party Defs' Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 06/16/10<br><br>2. Dismissed as Moot 06/16/10 |
| Puckett v. N.C. Dep't of Corr.<br><br>Case below:<br>202 N.C. App. ——<br>(16 February 2010) | No. 126P10 | Plt's PDR Under N.C.G.S. § 7A-31 (COA09-782) | Denied 06/16/10 |
| Reese v. Mecklenburg Cty.<br><br>Case below:<br>200 N.C. App. ——<br>(3 November 2009) | No. 505P09 | Plt's PDR Under N.C.G.S. § 7A-31 (COA08-1417) | Denied 06/16/10 |
| State v. Arrington<br><br>Case below:<br>202 N.C. App. ——<br>(2 March 2010) | No. 132P10 | Def's PDR Under N.C.G.S. § 7A-31 (COA09-660) | Denied 06/16/10 |
| State v. Arrington<br><br>Case below:<br>198 N.C. App. ——<br>(21 July 2009) | No. 138P10 | Def's PDR Under N.C.G.S. § 7A-31 (COA08-1355) | Denied 06/16/10 |
| State v. Berrio<br><br>Case below:<br>202 N.C. App. ——<br>(19 January 2010) | No. 087P10 | Def's PDR Under N.C.G.S. § 7A-31 (COA09-608) | Denied 06/16/10 |
| State v. Blakeman<br><br>Case below:<br>202 N.C. App. ——<br>(2 February 2010) | No. 102P10 | Def's PDR Under N.C.G.S. § 7A-31 (COA09-699) | Denied 06/16/10 |
| State v. Breathette<br><br>Case below:<br>202 N.C. App. ——<br>(2 March 2010) | No. 154P10 | Def's PDR Under N.C.G.S. § 7A-31 (COA09-1007) . | Denied 06/16/10 |
| State v. Brennan<br><br>Case below:<br>203 N.C. App. ——<br>(4 May 2010) | No. 211P10 | State's Motion for Temporary Stay (COA09-1362) | Allowed 05/21/10 |

Disposition of Petitions for Discretionary Review Under G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Brewington<br><br>Case below:<br>204 N.C. App.——<br>(18 May 2010) | No. 235P10 | State's Motion for Temporary Stay<br>(COA09-956) | Allowed<br>06/04/10 |
| State v. Brown<br><br>Case below:<br>202 N.C. App.——<br>(16 February 2010) | No. 072P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-841) | Denied<br>06/16/10 |
| State v. Bryant<br><br>Case below:<br>201 N.C. App. ——<br>(5 January 2010) | No. 060P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-657) | Denied<br>06/16/10 |
| State v. Carter<br><br>Case below:<br>198 N.C. App. ——<br>(21 July 2009) | No. 180P10 | Def's PWC to Review Decision of COA<br>(COA08-960) | Denied<br>06/16/10 |
| State v. Chambers<br><br>Case below:<br>203 N.C. App. ——<br>(6 April 2010) | No. 194P10 | 1. Def's NOA Based Upon a Constitutional Question (COA09-733)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed<br>*Ex Mero Motu*<br>06/16/10<br><br>2. Denied<br>06/16/10 |
| State v. Conley<br><br>Case below:<br>202 N.C. App. ——<br>(19 January 2010) | No. 136P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-456) | Denied<br>06/16/10 |
| State v. Cooper<br><br>Case below:<br>184 N.C. App. 378 | No. 371P07-2 | 1. Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-1076)<br><br>2. Def's Motion to Amend PDR Under<br>N.C.G.S. § 7A-31(C); and N.C. R. App. P.<br>Rule 9(B)(5) | 1. Dismissed<br>06/16/10<br><br>2. Allowed<br>06/16/10 |
| State v. Fraley<br><br>Case below:<br>202 N.C. App. ——<br>(16 February 2010) | No. 121P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-785) | Denied<br>06/16/10 |
| State v. Gainey<br><br>Case below:<br>202 N.C. App. ——<br>(19 January 2010) | No. 080P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-686) | Denied<br>06/16/10 |
| State v. Gatling<br><br>Case below:<br>202 N.C. App. ——<br>(19 January 2010) | No. 076P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-735) | Denied<br>06/16/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Greene<br><br>Case below:<br>202 N.C. App. ——<br>(2 March 2010) | No. 144P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-829) | Denied<br>06/16/10 |
| State v. Hawkins<br><br>Case below:<br>202 N.C. App. ——<br>(16 February 2010) | No. 124P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-821) | Denied<br>06/16/10 |
| State v. Hensley<br><br>Case below:<br>201 N.C. App. ——<br>(5 January 2010) | No. 034P10 | State's PDR Under N.C.G.S. § 7A-31<br>(COA08-1485) | Denied<br>06/16/10 |
| State v. Hernandez<br><br>Case below:<br>202 N.C. App. ——<br>(2 March 2010) | No. 137P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-722) | Denied<br>06/16/10 |
| State v. Hinson<br><br>Case below:<br>203 N.C. App. ——<br>(6 April 2010) | No. 176A10 | 1. State's Motion for Temporary Stay<br>(COA09-748)<br><br>2. State's Petition for Writ<br>of Supersedeas<br><br>3. State's NOA (Dissent) | 1. Allowed<br>04/23/10<br><br>2. Allowed<br>04/23/10<br><br>3. —— |
| State v. Holmes<br><br>Case below:<br>195 N.C. App. 598 | No. 054P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA08-646) | Denied<br>06/16/10 |
| State v. Hosch<br><br>Case below:<br>202 N.C. App. ——<br>(2 March 2010) | No. 146P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-866) | Denied<br>06/16/10 |
| State v. Hurst<br><br>Case below:<br>Randolph County<br>Superior Court | No. 363A04-2 | Def's PWC to Review Order of Randolph<br>County Superior Court | Denied<br>06/16/10 |
| State v. James<br><br>Case below:<br>202 N.C. App. ——<br>(2 February 2010) | No. 208P10 | Def's PWC to Review Decision of<br>the COA (COA09-730) | Denied<br>06/16/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Jenkins<br><br>Case below:<br>202 N.C. App. ——<br>(2 February 2010) | No. 068P10 | 1. State's Motion for Temporary Stay<br>(COA09-546) | 1. Allowed<br>02/19/10<br>363 N.C. 857<br>Stay Dissolved<br>06/16/10 |
| | | 2. State's Petition for Writ<br>of Supersedeas | 2. Denied<br>06/16/10 |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied<br>06/16/10 |
| State v. Jones<br><br>Case below:<br>202 N.C. App. ——<br>(19 January 2010) | No. 052P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-673) | Denied<br>06/16/10 |
| State v. King<br><br>Case below:<br>202 N.C. App. ——<br>(16 February 2010) | No. 118P10 | Def's PWC to Review Decision of COA<br>(COA09-524) | Denied<br>06/16/10 |
| State v. Lee<br><br>Case below:<br>202 N.C. App. ——<br>(2 March 2010) | No. 158P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-834) | Denied<br>06/16/10 |
| State v. Meadows<br><br>Case below:<br>201 N.C. App. ——<br>(5 January 2010) | No. 029P10 | 1. State's Motion for Temporary Stay<br>(COA08-1576) | 1. Allowed<br>01/19/10<br>363 N.C. 809<br>Stay Dissolved<br>06/16/10 |
| | | 2. State's Petition for Writ of<br>Supersedeas | 2. Denied<br>06/16/10 |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied<br>06/16/10 |
| State v. Miller<br><br>Case below:<br>203 N.C. App. ——<br>(4 May 2010) | No. 220P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-1123) | Denied<br>06/16/10 |
| State v. Mumford<br><br>Case below:<br>201 N.C. App. ——<br>(5 January 2010) | No. 032PA10 | 1. State's Motion for Temporary Stay<br>(COA09-300) | 1. Allowed<br>01/22/10 |
| | | 2. State's Petition for Writ of<br>Supersedeas | 2. Allowed<br>06/16/10 |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed<br>06/16/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Noel<br><br>Case below:<br>202 N.C. App. ——<br>(2 March 2010) | No. 151P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-784) | Denied<br>06/16/10 |
| State v. Rahaman<br><br>Case below:<br>202 N.C. App. ——<br>(19 January 2010) | No. 067P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-586) | Denied<br>06/16/10 |
| State v. Richardson<br><br>Case below:<br>202 N.C. App. ——<br>(16 February 2010) | No. 108P10 | 1. State's PDR Under N.C.G.S. § 7A-31<br>(CO09-621)<br><br>2. Def's Motion to Dismiss PDR | 1. Denied<br>06/16/10<br><br>2. Dismissed<br>as Moot<br>06/16/10 |
| State v. Riley<br><br>Case below:<br>202 N.C. App. ——<br>(2 February 2010) | No. 147P10 | 1. Def's Motion for Temporary Stay<br>(COA09-643)<br><br><br>2. Def's Petition for Writ of<br>Supersedeas<br><br>3. Def's PWC to Review the Decision<br>of the COA | 1. Allowed<br>04/08/10<br>364 N.C. 131<br>Stay Dissolved<br>06/16/10<br><br>2. Denied<br>06/16/10<br><br>3. Denied<br>06/16/10 |
| State v. Roughton<br><br>Case below:<br>201 N.C. App. ——<br>(22 December 2009) | No. 009P10 | State's Motion for Temporary Stay<br>(COA09-536) | Allowed<br>01/12/10 |
| State v. Salvetti<br><br>Case below:<br>202 N.C. App. ——<br>(19 January 2010) | No. 066P10 | 1. Def's NOA Based Upon a Constitutional<br>Question (COA09-504)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed<br>*Ex Mero Motu*<br>06/16/10<br><br>2. Denied<br>06/16/10 |
| State v. Smith<br><br>Case below:<br>202 N.C. App. ——<br>(19 January 2010) | No. 058P10 | 1. State's Motion for Temporary Stay<br>(COA09-467)<br><br><br>2. State's Petition for Writ of<br>Supersedeas<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>02/05/10<br>363 N.C. 858<br>Stay Dissolved<br>06/16/10<br><br>2. Denied<br>06/16/10<br><br>3. See Special<br>Order Page 237 |
| State v. Stitt<br><br>Case below:<br>201 N.C. App. ——<br>(8 December 2009) | No. 007P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-90) | Denied<br>06/16/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Sullivan<br><br>Case below:<br>201 N.C. App. —<br>(22 December 2009) | No. 048P10 | Def's Petition for Appeal of Right Under N.C.G.S. § 7A-31(C) (COA09-705) | Denied<br>06/16/10 |
| State v. Turner<br><br>Case below:<br>201 N.C. App. —<br>(5 January 2010) | No. 044A10 | 1. Def's NOA Based Upon a Constitutional Question (COA09-933)<br><br>2. State's Motion to Dismiss Appeal | 1. —<br><br><br>2. Allowed<br>06/16/10 |
| State v. Walls<br><br>Case below:<br>201 N.C. App. —<br>(8 December 2009) | No. 005P10 | 1. Def's NOA Based Upon a Constitutional Question (COA09-176)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed<br>*Ex Mero Motu*<br>06/16/10<br><br>2. Denied<br>06/16/10 |
| State v. Williams<br><br>Case below:<br>201 N.C. App. —<br>(5 January 2010) | No. 033P10 | 1. State's Motion for Temporary Stay (COA08-1334)<br><br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>01/22/10<br>Stay Dissolved<br>06/16/10<br><br>2. Denied<br>06/16/10<br><br>3. Denied |
| State ex rel. Ross v. Overcash<br><br>Case below:<br>202 N.C. App. —<br>(16 February 2010) | No. 122P10 | Def's PDR Under N.C.G.S. § 7A-31 (COA09-318) | Denied<br>06/16/10 |
| Steinkrause v. Tatum<br><br>Case below:<br>363 N.C. 859<br>201 N.C. App. —<br>(8 December 2009) | No. 018A10 | Petitioner's Motion to Reconsider Decision Denying Petition for Writ of Supersedeas (COA08-1080) | Allowed<br>06/16/10 |
| Underwood v. Underwood<br><br>Case below:<br>— N.C. App. —<br>(15 September 2009) | No. 447P09 | Plt's PDR Under N.C.G.S. § 7A-31 (COA08-1131) | See Special<br>Order Page 238 |
| Wilson v. Wilson<br><br>Case below:<br>202 N.C. App. —<br>(16 March 2010) | No. 167A10 | 1. Defs' NOA (Dissent) (COA09-325)<br><br>2. Defs' PDR as to Additional Issues | 1. —<br><br>2. Denied<br>06/16/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## PETITION TO REHEAR

| | | | |
|---|---|---|---|
| Harleysville Mut. Ins. Co. v. Buzz Off Insect Shield, LLC<br><br>Case below:<br>364 N.C. 1 | No. 272P08-3 | Def's (International Garment Technologies, LLC) Petition for Rehearing (COA07-1002) | Denied 06/16/10 |